Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): **Konrath, John P** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Konrath, Kathleen M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **NONE** |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7215** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5196** |
| Street Address of Debtor (No. & Street, City, and State): **10420 S Talman Chicago IL**  ZIPCODE **60655** | Street Address of Joint Debtor (No. & Street, City, and State): **10420 S Talman Chicago IL**  ZIPCODE **60655** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): **SAME**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME**  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**  ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                                FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *John P Konrath  and*<br>*Kathleen M Konrath* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Bernard P. Mulvaney Sr.*                    *10/15/2009*<br>Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.
☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | John P Konrath  and |
| | Kathleen M Konrath |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ John P Konrath*
Signature of Debtor

**X** */s/ Kathleen M Konrath*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*10/15/2009*
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*10/15/2009*
(Date)

---

**Signature of Attorney***

**X** */s/ Bernard P. Mulvaney Sr.*
Signature of Attorney for Debtor(s)

*Bernard P. Mulvaney Sr. 6184734*
Printed Name of Attorney for Debtor(s)

*Bernard P. Mulvaney Sr., Ltd.*
Firm Name

*7001 West 127th Street #201*
Address

*Palos Heights IL  60463*

*708-671-2000*
Telephone Number

*10/15/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*10/15/2009*
Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *John P Konrath*
     *and*
     *Kathleen M Konrath*

Case No.
Chapter   7

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

     **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ John P Konrath*

Date:    *10/15/2009*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *John P Konrath*
*and*
*Kathleen M Konrath*

Case No.
Chapter    7

_____
                          Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Kathleen M Konrath*

Date:    *10/15/2009*

FORM B6A (Official Form 6A) (12/07)

In re _John P Konrath   and Kathleen M Konrath_____ ,        Case No._____
                        Debtor(s)                                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 10420 S Talman, Chicago, IL 60655 - single family residence<br><br>refinanced $728,000.00 on 8-31-2006, balloon due 10-1-2011 | Husband and Wife | J | $ 800,000.00 | $ 783,144.11 |
| 10746 S Glenroy, Chicago, IL 60643 | Fee Simple | H | $ 90,000.00 | $ 83,014.00 |
| 10221 Central, Oak Lawn, IL 60453<br><br>Units 2C, 2D, 3A, and 3D | Joint Tenants in Common | J | $ 440,000.00 | $ 385,000.00 |
| Parcel 10, County Line Road, Beecher IL<br><br>vacant land | Fee Simple | H | $ 60,000.00 | $ 58,000.00 |

No continuation sheets attached

**TOTAL $**     **1,390,000.00**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _John P Konrath  and Kathleen M Konrath_____ ,   Case No. _____
　　　　　　　　Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | J | $ 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *used household furniture & appliances* <br> *Location: In debtor's possession* | J | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Clothing for a family of five* <br> *Location: In debtor's possession* | J | $ 5,000.00 |
| 7.  Furs and jewelry. | | *Furs and Jewelry in pawn shop, pawn redemption will cost* <br> *Location: Tri City Gold, 470 Sibley Blvd., Harvey 60406* <br> *708-331-5995* | J | $ 10,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page ___1___ of ___3___

In re _John P Konrath_ and _Kathleen M Konrath_ ,    Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _50 Shares of Stock - Fast Food Operators. Inc., (Popeye's Chicken) Location: In debtor's possession_ | J | $ 500.00 |
| | | _Konrath & Company - An Illinois "S" Corporation closely held by Debtors, conducting real property appraisals.  The company began buying, selling and managing real property. Location: In debtor's possession_ | J | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | _Valley Development LLC - partnership consisting of the building and management of rental  property, owned by the partnership located at 9937 S Cicero Avenue, Oak Lawn, IL._ _Property is worth about $650,000.00 and is encumbered with a mortgage of $650,000.00. John Konrath has a 1/2 interest in the partnershiop. Location: In debtor's possession_ | J | _Unknown_ |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those | X | | | |

In re _John P Konrath  and Kathleen M Konrath_ ,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| listed in Schedule of Real Property. | | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1999 Toyota Camry Location: In debtor's possession | J | $ 1,500.00 |
| 26. Boats, motors, and accessories. | | Boat - 1990 Baja outboard & trailer Location: In debtor's possession | J | $ 2,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__                                              **Total** ➡    $ 21,200.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **John P Konrath  and Kathleen M Konrath**                    ,   Case No. _____

Debtor(s)                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 10420 S Talman, Chicago, IL 60655 | 735 ILCS 5/12-901 | $ 16,855.89 | $ 800,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Household Furniture & appliances | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Clothing | 735 ILCS 5/12-1001(a) | $ 5,000.00 | $ 5,000.00 |
| 50 Shares of Stock | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| 1999 Toyota Camry | 735 ILCS 5/12-1001(c) | $ 1,500.00 | $ 1,500.00 |
| Boat | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |

B6D (Official Form 6D) (12/07)

In re *John P Konrath   and  Kathleen M Konrath*                    ,    Case No._____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *7650*<br><br>*Creditor # : 1*<br>*First American Bank*<br>*700 Busse Rd*<br>*Elk Grove Villag IL 60007* | J | *2006-08-31*<br><br>*Mortgage*<br><br><br>Value: *$ 800,000.00* | | X | X | | *$ 783,144.11* | *$ 0.00* |
| Account No: *7650*<br><br>*Representing:*<br><br>*First American Bank* | | *Lebow, Malecki & Tasch LLC*<br>*1200 Jorie Blvd., Suite 329*<br>*Oak Brook IL 60523*<br><br>Value: | | | | | | |
| Account No: *8395*<br><br>*Creditor # : 2*<br>*First Community Bank & Trust*<br>*1111 Dixie Highway*<br>*Beecher IL 60401* | J | *6-17-05*<br>*Purchase Money Security*<br>*Parcel 10, County Line Road*<br><br>Value: *$ 60,000.00* | | | X | | *$ 58,000.00* | *$ 0.00* |

_1_  continuation sheets attached

|  | Subtotal $<br>(Total of this page) | *$ 841,144.11* | *$ 0.00* |
|---|---|---|---|
|  | Total $<br>(Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re John P Konrath  and Kathleen M Konrath                    ,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *8395*  *Representing:*  *First Community Bank & Trust* | | *Lanting & Paarlberg & Assoc 938 W US 30 Schererville IN 46375*  Value: | | | | | |
| Account No: *2125*  *Creditor # : 3 National City Mortgage 6 N Main St Dayton OH 45402* | H | *2003-06-30 Mortgage*  Value: *$ 90,000.00* | X | X | | *$ 83,014.00* | *$ 0.00* |
| Account No: *2125*  *Representing:*  *National City Mortgage* | | *Pierce & Associates 1 North Dearborn, Suite 1300 Chicago IL 60602*  Value: | | | | | |
| Account No:  *Creditor # : 4 Supreme Finance Corporation 2970 Maria Avenue, Suite 117 Northbrook IL 60062* | J | *May 30, 2008 Mortgage*  Value: *$ 440,000.00* | X | X | | *$ 385,000.00* | *$ 0.00* |
| Account No:  *Representing:*  *Supreme Finance Corporation* | | *Hauselman, Rappin & Olswang 39 S La Salle St., Suite 1105 Chicago IL 60603*  Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 468,014.00 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | $ 1,309,158.11 | $ 0.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re John P Konrath   and Kathleen M Konrath                                        ,    Case No._____
        **Debtor(s)**                                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_  **continuation sheets attached**

**Official Form 6E (12/07) – Cont.**

In re _John P Konrath  and Kathleen M Konrath_ _____ ,   Case No._____

**Debtor(s)**                                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: _7215_<br>_Creditor # : 1_<br>_Illinois Dept of Revenue_<br>_Bankruptcy Sec, Level 7-425_<br>_100 W Randolph St._<br>_Chicago IL 60606_ | J | _2006 - personal_ | | X | X | X | $ 5,698.48 | $ 5,698.48 | $ 0.00 |
| Account No:<br>_Creditor # : 2_<br>_Illinois Dept of Revenue_<br>_Bankruptcy Sec, Level 7-425_<br>_100 W Randolph St._<br>_Chicago IL 60606_ | J | _Konrath & Co - Tax Year 2006_ | | X | X | X | $ 1,070.00 | $ 1,070.00 | $ 0.00 |
| Account No:<br>_Creditor # : 3_<br>_Internal Revenue Service_<br>_Mail Stop 5010 CHI_<br>_230 South Dearborn Street_<br>_Chicago IL 60604_ | J | _2005 - Form 1040 personal_ | | X | X | | $ 1,040.23 | $ 1,040.23 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 7,808.71 | 7,808.71 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

**Official Form 6E (12/07) - Cont.**

In re _John P Konrath   and Kathleen M Konrath_ _____ ,    Case No._____

**Debtor(s)**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: _7215_ <br><br> _Creditor # : 4_ <br> _Illinois Dept of Revenue_ <br> _Bankruptcy Sec, Level 7-425_ <br> _100 W Randolph St._ <br> _Chicago IL 60606_ | | J | _2-7-08_ <br><br> _period 200612_ | X | X | X | _$ 27,285.00_ | _$ 27,285.00_ | _$ 0.00_ |
| Account No: _7215_ <br><br> _Creditor # : 5_ <br> _Internal Revenue Service_ <br> _Mail Stop 5010 CHI_ <br> _230 South Dearborn Street_ <br> _Chicago IL 60604_ | | J | _3-6-09_ <br><br> _2006 - Form 1040 personal taxes_ | X | | X | _$ 31,809.00_ | _$ 31,809.00_ | _$ 0.00_ |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | _59,094.00_ | _59,094.00_ | _0.00_ |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | _66,902.71_ | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | _66,902.71_ | _0.00_ |

B6F (Official Form 6F) (12/07)

In re _John P Konrath   and Kathleen M Konrath_____ ,          Case No._____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number _(See instructions above.)_ | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** Abrar A Quereshi c/o Barry H Greenburg 180 N LaSalle St., Ste 3150 | J | | Austin Bank lawsuit 2008 CH | X | X | X | _Unknown_ |
| Account No:  0206 **Creditor # : 2** Advocate Christ Hospital P.O. Box 70508 Chicago IL 60673-1212 | J | 3-07 | | | X | | $ 221.60 |
| Account No:  1001 **Creditor # : 3** Amex Po Box 297871 Fort Lauderdale FL 33329 | H | 2007-02-28 | | | X | | $ 21,863.97 |
| Account No:  1001 Representing: Amex | | | NCO Financial P.O. Box 15773 Wilmington DE 19850 | | | | |

_19_ continuation sheets attached

Subtotal $  |  $ 22,085.57

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____,      Case No. _____
      **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>AT & T<br>P.O. Box 8100<br>Aurora IL 60507-8100 | | J | Unknown multiple accounts | X | X | | Unknown |
| Account No:   6369<br>Creditor # : 5<br>Attorneys' Title Ins Fund, Inc<br>c/o Hinshaw & Culbertson LLP<br>222 n LaSalle St., Ste 300<br>Chicago IL 60601-1081 | | H | 6-1-09<br><br>09 L 6369 - estimated -<br>re: 10537 S Hale, Unit 3E, Chgo, IL | X | X | X | $ 110,000.00 |
| Account No:   6369<br>Representing:<br>Attorneys' Title Ins Fund, Inc | | | William Holloway<br>222 N LaSalle St., Ste 300<br>Chicago IL 60601-1081 | | | | |
| Account No:<br>Creditor # : 6<br>Austin Bank<br>c/o Robbins, Soloman & Patt<br>25 E Washington<br>Chicago IL 60602 | | J | lawsuit - Abrar Quereshi - 2008 CH 09817 | X | X | X | Unknown |
| Account No:   8833<br>Creditor # : 7<br>Bank Of America<br>Po Box 17054<br>Wilmington DE 19850 | | H | 2007-02-23 | | | X | $ 9,446.00 |
| Account No:   8833<br>Representing:<br>Bank Of America | | | Sunrise Credit Svcs, Inc<br>P.O. Box 91000<br>Farmingdale NY 11735 | | | | |

Sheet No.  _1_  of  _19_ continuation sheets attached to Schedule of                        **Subtotal $**         $ 119,446.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total $**
                                        (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                        and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _John P Konrath   and Kathleen M Konrath_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 8<br>Beverly Bank & Trust Co.<br>10258 S Western Ave<br>Chicago IL 60643 | | H | | | | | $ 151,695.25 |
| Account No:<br>Representing:<br>Beverly Bank & Trust Co. | | | Crowley & Lamb<br>350 N LaSalle St., Ste 900<br>Chicago IL 60654 | | | | |
| Account No:<br>Creditor # : 9<br>Beverly review<br>10546 S Western<br>Chicago IL 60643 | | J | Konrath & Co | X | X | | $ 2,306.60 |
| Account No:   0138<br>Creditor # : 10<br>Blue Island Radiology<br>3300 W 127th St<br>Blue Island IL 60406 | | J | dependant | | X | | $ 2,395.48 |
| Account No:   9167<br>Creditor # : 11<br>Capital One Bank<br>P.O. Box 5294<br>Carol Stream IL 60197-529 | | J | 1994-06-09 | | X | | $ 6,224.57 |
| Account No:   9167<br>Representing:<br>Capital One Bank | | | Freedman Anselmo Lindberg<br>1807 W Diehl Rd, Ste 333<br>Naperville IL 60566-7228 | | | | |

Sheet No. _2_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 162,621.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,      Case No. _____
      **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6777<br>Creditor # : 12<br>Carson Pirie Scott<br>P.O. Box 17264<br>Baltimore MD 21297-1264 | | J | Ckeck # 1434 | | | | $ 25.00 |
| Account No:   6777<br>Representing:<br>Carson Pirie Scott | | | Certegy Payment Rec. Svcs, Inc<br>11601 Roosevelt Road<br>633716 | | | | |
| Account No:   2359<br>Creditor # : 13<br>Century ENT<br>c/o United Recovery Svc LLC<br>18525 Torrence Ave., Ste C-6<br>Lansing IL 60438 | | J | 5-07 | | X | | $ 380.00 |
| Account No:   6864<br>Creditor # : 14<br>Chase<br>Po Box 15298<br>Wilmington DE 19850 | | H | 2004-06-04<br><br>Southwest Airline cc | | X | | $ 12,114.00 |
| Account No:   4616<br>Creditor # : 15<br>Chicago Sun-Times<br>c/o Biehl & Biehl, Inc.<br>P.O. Box 87410<br>Union IL 60180 | | W | 20 Nov 2008 | X | X | | $ 260.00 |
| Account No:<br>Creditor # : 16<br>Christopher Casey<br>9230 Willow Lane<br>Mokena IL 60448 | | J | Estimated $15,000.00 interest | | | | $ 65,000.00 |

Sheet No. __3__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 77,779.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _John P Konrath   and Kathleen M Konrath_____,        Case No._____
          **Debtor(s)**                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6636<br><br>Creditor # : 17<br>Citi Corp Credit Svcs<br>c/o McCarthy Burgess & Wolfe<br>26000 Cannon Road<br>Bedford OH 44146 | | | Home Depot | X | X | | $ 2,709.81 |
| Account No:   9891<br><br>Creditor # : 18<br>Citi Oil<br>c/o Pro Consulting Svcs, Inc<br>P.O. Box 66510<br>Houston TX 77266 | | | | X | X | | $ 1,063.25 |
| Account No:   4426<br><br>Creditor # : 19<br>Citibank SD<br>Po Box 6241<br>Sioux Falls SD 57117 | | W | 1999-02-01 | | X | | $ 8,535.00 |
| Account No:   4426<br><br>Representing:<br>Citibank SD | | | Client Services, Inc<br>3451 Harry truman Blvd<br>Saint Charles MO 63301 | | | | |
| Account No:   8630<br><br>Creditor # : 20<br>City of Chicago<br>The Department of Revenue<br>P.O. Box 88292<br>Chicago IL 60680-1292 | | H | parking Tickets<br>parking tickets | X | X | X | $ 1,017.00 |
| Account No:   1113<br><br>Creditor # : 21<br>City of Chicago<br>The Department of Water<br>P.O. Box 6330<br>Chicago IL 60680-6330 | | J | 9-16-09<br>water service<br>10746 S Glenroy, plus accounts from<br>other unknown service locations | X | X | X | $ 924.87 |

Sheet No. _4_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 14,249.93

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,    Case No. _____
**Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6392 Creditor # : 22 ComEd Bill Payment Center Chicago IL 60668-0001 | | J | *plus multiple other unknown accounts* | X | X | X | $ 1,477.09 |
| Account No:   6392 Representing: ComEd | | | CBCS P.O. Box 163250 Columbus OH 43216 | | | | |
| Account No: Creditor # : 23 Cook County Treasurer 118 North Clark Street #112 Chicago IL 60602 | | J | *mutiple properties, multiple years taxes* | X | X | | Unknown |
| Account No: Creditor # : 24 Corrigan Company 7214 S Western Chicago IL 60636 | | H | | | X | | $ 991.00 |
| Account No:   0136 Creditor # : 25 Daily Southtown, Inc. c/o Biehl & Biehl, Inc. P.O. Box 87410 Carol Stream IL 60188 | | J | 16- Sep 2009 | X | X | | $ 3,571.12 |
| Account No: Creditor # : 26 Dan Zeller 11133 Washtenaw Chicago IL 60655 | | J | | | | | $ 34,043.50 |

Sheet No.   5   of    19  continuation sheets attached to Schedule of      Subtotal $        $ 40,082.71
Creditors Holding Unsecured Nonpriority Claims
                                                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,     Case No. _____
                                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 27 Debra & Steven Worsham 10721 S faifield Chicago IL 60655 | | J | Other members of Valley Development LLC and co-guarantors of the | X | X | X | Unknown |
| Account No: Creditor # : 28 Deutsche Bank Nat'l Tr Co | | J | 12-20-2005 | X | X | X | $ 118,415.02 |
| Account No: Representing: Deutsche Bank Nat'l Tr Co | | | Heavner, Scott, Beyers, Mihlar 111 E Main St., Ste 200 Decatur IL 62523 | | | | |
| Account No: 2794 Creditor # : 29 Discover Fin Svcs Llc Po Box 15316 Wilmington DE 19850 | | H | 2002-12-18 | | X | | $ 15,697.90 |
| Account No: 2794 Representing: Discover Fin Svcs Llc | | | Baker & Miller 29 N Wacker Dr., 5th Floor Chicago IL 60606 | | | | |
| Account No: Creditor # : 30 Dunleavy & Walsh 13116 S Western Blue Island IL 60406 | | J | | X | X | | $ 36,531.13 |

Sheet No.  _6_  of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 170,644.05
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re  John P Konrath   and Kathleen M Konrath _____ ,        Case No. _____
       **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6174<br>Creditor # : 31<br>Evergreen Emergercy Med Svcs<br>c/o MCS Collections<br>725 S Wells St., Ste 501<br>Chicago IL 60607 | | J | *dependant* | | X | | $ 491.00 |
| Account No:    9891<br>Creditor # : 32<br>Exxon-Mobil<br>P.O. Box 688938<br>Des Moines IA 50368-8903 | | J | | X | X | | $ 1,063.45 |
| Account No:<br>Creditor # : 33<br>First Community Bk of Beecher<br>1111 Dixie Highway<br>Beecher IL 60401 | | J | *loan on the real property of Valley Development LLC -personal guarantees* | X | X | | $ 650,000.00 |
| Account No:    1403<br>Creditor # : 34<br>G M A C<br>15303 S 94th Ave<br>Orland Park IL 60462 | | W | *2004-03-26*<br><br>*Surrendered Pontiac Montana Van* | | X | X | $ 2,025.00 |
| Account No:    1403<br>Representing:<br>G M A C | | | *American Collection Systems*<br>*P.O. Box 29117*<br>*Columbus OH 43229* | | | | |
| Account No:    0191<br>Creditor # : 35<br>G M A C<br>15303 S 94th Ave<br>Orland Park IL 60462 | | H | *2005-08-17* | X | X | | $ 24,921.96 |

Sheet No.   7   of    19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 678,501.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath  and Kathleen M Konrath_____ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  0191 <br> Representing: <br> G M A C | | | Gabriel B Antman <br> 77 W Washington St., Ste 719 <br> Chicago IL 60602 | | | | |
| Account No.  0191 <br> Representing: <br> G M A C | | | Reizman Berger <br> 7700 Bonhomme Ave., 7th Floor <br> Saint Louis MO 63105 | | | | |
| Account No.  9213 <br> Creditor # : 36 <br> Gemb/sams Club <br> Po Box 981400 <br> El Paso TX 79998 | | H | 2007-08-26 | | X | | $ 781.00 |
| Account No.  1265 <br> Creditor # : 37 <br> George Keufner MD <br> 62 Orland Square Dr., Ste 102 <br> Orland Park IL 60462 | | J | | | | | $ 573.75 |
| Account No.  0616 <br> Creditor # : 38 <br> Gillespie Chrysler <br> 9229 S Ashland <br> Chicago IL 60620 | | W | | | X | | $ 596.17 |
| Account No. <br> Creditor # : 39 <br> Hale Avenue Condo Ass'n <br> 10535 S Hale <br> Chicago IL 60643 | | J | Assoc dues, assesments and fees | X | X | X | Unknown |

Sheet No.  8  of  19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,950.92

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re  _John P Konrath   and Kathleen M Konrath_____ ,          Case No. _____
**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 40 <br> Harris Bank, NA | | J | 6-12-06 <br><br> *Jeep repossed* | X | X | | $ 13,419.41 |
| Account No: <br><br> Representing: <br> Harris Bank, NA | | | *Phillip J. Rotche & Assoc P.C.* <br> *320 S Westmore* <br> *Lombard IL 60148-6408* | | | | |
| Account No: 85-5 <br> Creditor # : 41 <br> Hfc <br> Po Box 3425 <br> Buffalo NY 14240 | | W | 2007-04-10 | X | X | | $ 9,554.00 |
| Account No: 7215 <br> Creditor # : 42 <br> Illinois Dept of Revenue <br> Bankruptcy Sec, Level 7-425 <br> 100 W Randolph St. <br> Chicago IL 60606 | | H | 7-14-09 <br><br> 31-Dec-2006 | X | X | | $ 5,999.48 |
| Account No: <br> Creditor # : 43 <br> James & Patricia Konrath <br> 2620 W 107th <br> Chicago IL 60655 | | J | *Home Depot #1891  $7,800.00 &* <br> *Beverly Bank Comm'l # 44-1* | | X | | $ 68,800.00 |
| Account No: <br> Creditor # : 44 <br> Joanne Konrath <br> 10558 S Talman <br> Chicago IL 60655 | | J | | | X | | $ 1,700.00 |

Sheet No.  9  of   19  continuation sheets attached to Schedule of                      **Subtotal $** | $ 99,472.89
Creditors Holding Unsecured Nonpriority Claims                                           **Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re *John P Konrath   and Kathleen M Konrath*                              ,          Case No. _____
**Debtor(s)**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 45<br>Judith Perusich<br>6954 S Komensky<br>Chicago IL 60629 | | J | *Estimated $18,000.00 interest* | | | | $ 78,000.00 |
| Account No:   8482<br>Creditor # : 46<br>Lincoln Park Hospital<br>23352 Network Place<br>Chicago IL 60673-1212 | | J | 7-2-08<br><br>dependant | | X | | $ 1,400.00 |
| Account No:   4229<br>Creditor # : 47<br>Little Co of Mary Hospital<br>c/o Malcolm S Gerald Assoc<br>332 S Michigan Ave., Ste 600<br>Chicago IL 60604 | | J | dependant | | X | | $ 4,176.90 |
| Account No:   72-0<br>Creditor # : 48<br>Macy's dsnb<br>9111 Duke Blvd<br>Mason OH 45040 | | W | 1999-09-01 | | X | | $ 4,493.00 |
| Account No:   72-0<br>Representing:<br>Macy's dsnb | | | Omni Credit Services/ Florida<br>P.O. Box 23381<br>Tampa FL 33623 | | | | |
| Account No:<br>Creditor # : 49<br>Marshall's<br>9615 S Cicero<br>Oak Lawn IL 60453 | | J | | | | | $ 156.52 |

Sheet No. __10__ of ___19___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 88,226.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,   Case No. _____
**Debtor(s)**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 50<br>Mary Caffrey<br>6106 S Keating<br>Chicago IL 60629 | | J | *Estimated $18,000.00 interest* | | | | $ 68,000.00 |
| Account No:<br>Creditor # : 51<br>Matthew Heinze<br>2106 Buckley Ct<br>Naperville IL 60565 | | J | | | X | | $ 1,998.00 |
| Account No:<br>Creditor # : 52<br>Menard's<br>4701 W Cal Sag<br>Crestwood IL 60445 | | H | *Checks 4664C & 1465C* | X | X | | $ 5,766.46 |
| Account No:   4100<br>Creditor # : 53<br>Metro Health Center<br>500 E Ogden<br>Hinsdale IL 60521 | | J | 2007 | | X | | $ 719.64 |
| Account No:<br>Creditor # : 54<br>Michael R Konrath<br>10221 S Central Ave #1D<br>Oak Lawn IL 60453 | | J | 12-31-08<br><br>*estimated* | | X | | $ 56,000.00 |
| Account No:<br>Creditor # : 55<br>Michelle A Feit<br>10535 S Hale 1E<br>Chicago IL 60643 | | J | | X | X | X | Unknown |

Sheet No. __11__ of __19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 132,484.10
Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_ ,                              Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8048  Creditor # : 56  Midland Orthopedic Assoc  2850 S Wabash, Ste 100  Chicago IL 60616 | | J | 6-06  dependant | | X | | $ 30.00 |
| Account No:    7794  Creditor # : 57  Midwest Neoped Assoc  900 Jorie Blvd., Ste 186  Oak Brook IL 60523 | | J | dependant | | X | | $ 250.00 |
| Account No:  Creditor # : 58  Midwest Suburban Publications  6901 W 159th St  Tinley Park IL 60477 | | J | Konrath & Co | X | X | | $ 3,571.12 |
| Account No:    0605  Creditor # : 59  Oak Lawn Radiology Imaging Cns  c/o Trustmark Recovery Service  541 Otis Bowen Drive  Munster IN 46321 | | J | 3-07 | | X | | $ 137.00 |
| Account No:  Creditor # : 60  Oak Lawn Terrace Cond Assn  10221 S Central  Oak Lawn IL 60453 | | J | association dues fees and assessments | X | X | X | $ 12,024.80 |
| Account No:    0738  Creditor # : 61  Office Max  c/o Certegy Payment Recov Svcs  11601 Roosevelt Blvd  Saint Petersburg FL 33716 | | W | 9/9/08  Check # 1449 | | | | $ 360.29 |

Sheet No.   12  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 16,373.21

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,        Case No. _____
                **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 62<br>Paul J. Reilly<br>111 W Washington St., Ste 955<br>Chicago IL 60602 | | J | 416-422 E 81st St | | | | $ 1,207.00 |
| Account No:  5894<br>Creditor # : 63<br>Peoples Gas | | H | 2009-01-03 | X | X | | $ 47,236.00 |
| Account No:  5894<br>Representing:<br>Peoples Gas | | | HARRIS & HARRIS LTD<br>222 MERCHANDISE MART PLZ<br>CHICAGO IL 60654 | | | | |
| Account No:  6407<br>Creditor # : 64<br>Peoples Energy<br>130 E. Randolph Drive<br>Chicago IL 60601 | | H | 2008-09-01<br>plus other multiple unknown accounts | X | X | | $ 2,749.00 |
| Account No:  2A03<br>Creditor # : 65<br>Quest Diagnostics Inc<br>c/o AMCA Collection Agency<br>P.O. Box 1235<br>Elmsford NY 10523 | | J | | | X | | $ 257.00 |
| Account No:  0759<br>Creditor # : 66<br>Radiology Associates, Inc<br>500 Ala Moana Blvd., T4-Ste510<br>Honolulu HI 96822 | | J | 2-08<br>dependant | | X | | $ 308.90 |

Sheet No. _13_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          **Subtotal $**     $ 51,757.90

                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____,      Case No._____
           **Debtor(s)**                                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0857<br>Creditor # : 67<br>Radiology Imaging Specialist<br>P.O. Box 70<br>Hinsdale IL 60522 | | J | 9-08 | | | | $ 48.00 |
| Account No:    0514<br>Creditor # : 68<br>Radiology Imaging Specialists<br>P.O. Box 70<br>Hinsdale IL 60522 | | J | Dependant | | X | | $ 4,298.66 |
| Account No:<br>Creditor # : 69<br>Randy Curtis<br>15546 Scott Drive<br>Lockport IL 60441 | | J | | | X | | $ 10,000.00 |
| Account No:<br>Creditor # : 70<br>Ray Konrath<br>5540 S Monitor<br>Chicago IL 60638 | | J | estimated $36,000.00 interest | | X | | $ 96,000.00 |
| Account No:<br>Creditor # : 71<br>Richard Harris<br>10558 S Talman<br>Chicago IL 60655 | | J | | | X | | $ 5,000.00 |
| Account No:    -000<br>Creditor # : 72<br>Ridge Country Club<br>10522 S California Ave<br>Chicago IL 60655 | | H | 10/09 | | X | | $ 20,105.77 |

Sheet No.  _14_  of  _19_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 135,452.43

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,   Case No. _____
              **Debtor(s)**                                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4635<br>Creditor # : 73<br>Ridgestone Bank<br>13925 W North Ave<br>Brookfield WI 53005 | | J | 08-27-07 | X | X | | $ 459,251.99 |
| Account No:   4635<br>Representing:<br>Ridgestone Bank | | | Randall & Kenig<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago IL 60611 | | | | |
| Account No:<br>Creditor # : 74<br>Sam's Club<br>P.O. Box 445<br>Chaska MN 55318 | | W | returned check fees #1470 & 1471 | | | | $ 50.00 |
| Account No:   4321<br>Creditor # : 75<br>Sears/cbsd<br>Po Box 6189<br>Sioux Falls SD 57117 | | W | 1990-07-01 | | X | | $ 8,740.00 |
| Account No:   2342<br>Creditor # : 76<br>Southtown Paint<br>3401 W 95th St<br>Evergreen Park IL 60805 | | J | | X | X | | $ 818.27 |
| Account No:   8168<br>Creditor # : 77<br>Southwest Orthopedics<br>9618 Southwest Highway<br>Oak Lawn IL 60453 | | J | | | X | | $ 238.20 |

Sheet No. _15_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**      $ 469,098.46

                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  _John P Konrath   and Kathleen M Konrath_____,   Case No. _____
            **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9544<br>Creditor # : 78<br>Southwest Ortopedics<br>9618 Southwest Highway<br>Oak Lawn IL 60453 | | J | dependant | | X | | $ 265.00 |
| Account No:   0138<br>Creditor # : 79<br>St Francis Hosp & Med Ctr<br>P.O. Box 2102<br>Bedford Park IL 60499 | | J | Dependant | | X | | $ 1,575.48 |
| Account No:<br>Creditor # : 80<br>Sun Times Newspapers<br>350 N Orleans<br>Chicago IL 60654 | | J | Konrath & Co | X | X | | $ 260.00 |
| Account No:   1991<br>Creditor # : 81<br>The Emergency Group, Inc<br>770 Kapiolani Blve., #705<br>Honolulu HI 96813 | | J | 2-08<br>dependant | | X | | $ 464.77 |
| Account No:   7435<br>Creditor # : 82<br>The Queen's Medical Center<br>P.O. Boz 380020<br>Honolulu HI 96838 | | J | 2-08<br>dependant | | X | | $ 3,953.00 |
| Account No:<br>Creditor # : 83<br>Tierra Environmental Services<br>3821 Independence Blvd<br>East Chicago IN 46312 | | J | Konrath & Co | X | X | | $ 932.48 |

Sheet No.  _16_  of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 7,450.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re John P Konrath  and Kathleen M Konrath _____ ,   Case No. _____
         **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 84 <br> Timothy Enright <br> 10329 S Hoyne <br> Chicago IL 60643 | | J | | | X | | $ 5,000.00 |
| Account No: <br><br> Creditor # : 85 <br> TR Communications, Inc. <br> 10546 S Western Ave <br> Chicago IL 60643 | | J | 9-24-08 | X | X | | $ 2,306.60 |
| Account No:     5024 <br><br> Creditor # : 86 <br> TRS Recovery Services, Inc. <br> P.O. Box 173809 <br> Denver CO 80217 | | W | 11-26-08 <br><br> CVS - check # 1429 & 1430 | | | | $ 50.00 |
| Account No: <br><br> Creditor # : 87 <br> Valley Development LLC <br> c/o Cossidente & Salus <br> 7777 W 159th St., Ste A <br> Tinley Park IL 60477 | | J | | X | X | X | Unknown |
| Account No: <br><br> Representing: <br> Valley Development LLC | | | Deborah Worsham <br> c/o Cossidente & Salus <br> 7777 W 159th St., Ste A <br> Tinley Park IL 60477 | | | | |
| Account No: <br><br> Creditor # : 88 <br> Walchirk & Haralampopoulos DDS <br> 4235 W 95th <br> Oak Lawn IL 60453 | | J | | | | | $ 560.00 |

Sheet No.  17  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal $        $ 7,916.60
                                                                Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,         Case No._____
                    **Debtor(s)**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1877 Creditor # : 89 Walgreen Co c/o Credit Management Control P.O. Box 1654 Green Bay WI 54305 | | W | 8-08  Check 1448 | | | | $ 5,274.00 |
| Account No:    7802 Creditor # : 90 Washington Mutual Fa Po Box 1093 Northridge CA 91328 | | H | 2005-12-20 | X | X | | $ 106,916.00 |
| Account No: Creditor # : 91 Wayne Hummer Trust 10258 S western Chicago IL 60643 | | J | trust fees/expenses | X | X | | $ 805.00 |
| Account No:    2005 Creditor # : 92 Wayne Hummer Trust Company | | J | | X | X | | $ 805.00 |
| Account No:    7177 Creditor # : 93 Webster Emergency Ph | | H | 2009-06-16 | | | | $ 0.00 |
| Account No:    7177 Representing: Webster Emergency Ph | | | NCO-MEDCLR PO BOX 8547 PHILADELPHIA PA 19101 | | | | |

Sheet No. __18__ of ___19__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal $** | $ 113,800.00 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _John P Konrath   and Kathleen M Konrath_____ ,        Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4826<br><br>Creditor # : 94<br>Webster Emergency Physicians<br>P.O. Box 8230<br>Philadelphia PA 19101 | | J | 7-2-08<br><br>dependant | | X | | $ 426.00 |
| Account No:   0770<br><br>Creditor # : 95<br>Wells Fargo Finance<br>4710 W 95th St # St4<br>Oak Lawn IL 60453 | | H | 2007-08-29 | | X | | $ 1,071.00 |
| Account No:   0000<br><br>Creditor # : 96<br>Will County Treasurer<br>302 N Chicago St<br>Joliet IL 60432 | | J | | X | X | | Unknown |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _19_ of  _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 1,497.00 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | Total $ | $ 2,410,891.23 |

In re <u>John P Konrath   and Kathleen M Konrath</u>                    / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address,<br>Including Zip Code, of<br>Other Parties to Lease<br>or Contract. | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property.<br>State Contract Number of any Government Contract. |
| --- | --- |
| | |

B6H (Official Form 6H) (12/07)

In re _John P Konrath   and Kathleen M Konrath_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _John P Konrath  and Kathleen M Konrath_____ ,    Case No. _____
     **Debtor(s)**                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 14,984.67 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 14,984.67 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 6,378.67 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 6,378.67 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 8,606.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 8,606.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 8,606.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _John P Konrath  and Kathleen M Konrath_ _____,          Case No. _____
                            **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,245.00 |
|    a. Are real estate taxes included?    Yes ☒  No ☐ | | |
|    b. Is property insurance included?    Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,039.00 |
|    b. Water and sewer | $ | 43.00 |
|    c. Telephone | $ | 545.00 |
|    d. Other  _Cable tv - internet_ | $ | 250.00 |
|    Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 707.00 |
| 8. Transportation (not including car payments) | $ | 515.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 1,076.00 |
|    d. Auto | $ | 100.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _outside meals_ | $ | 80.00 |
|    Other:  _Tuition_ | $ | 1,167.00 |
|    Line 17 Continuation Page Total (see continuation page for itemization) | $ | 1,120.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 12,837.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 8,606.00 |
|    b. Average monthly expenses from Line 18 above | $ | 12,837.00 |
|    c. Monthly net income (a. minus b.) | $ | (4,231.00) |

B6J(Official Form 6J)(12/07) Continuation Page

In re _John P Konrath   and Kathleen M Konrath_____,            Case No. _____
                              **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

17. (continuation) OTHER EXPENSES

............................................................................................................................ $........................... 0

                    **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)**       $              1,120.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *John P Konrath  and Kathleen M Konrath*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    1,390,000.00 | | |
| B-Personal Property | *Yes* | *3* | $       21,200.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    1,309,158.11 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $       66,902.71 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *20* | | $    2,410,891.23 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        8,606.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $       12,837.00 |
| TOTAL | | 35 | $    1,411,200.00 | $    3,786,952.05 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *John P Konrath and Kathleen M Konrath*

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *7,808.71* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *59,094.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *66,902.71* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *8,606.00* |
| Average Expenses (from Schedule J, Line 18) | $ *12,837.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *6,916.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *66,902.71* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *2,410,891.23* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *2,410,891.23* |

In re _John P Konrath  and Kathleen M Konrath_ _____     Case No. _____
                    Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___36___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _10/15/2009_____        Signature _/s/ John P Konrath_____
                                                   _John P Konrath_


Date: _10/15/2009_____        Signature _/s/ Kathleen M Konrath_____
                                                   _Kathleen M Konrath_

                                      [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *John P Konrath*
   *and*
   *Kathleen M Konrath*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **Year to date:  $29,593.43** | *employment wages* |
| **Last Year:08 – $ 2,700.00** | *Self employment wages (Debtor - real estate appraisal)* |
| **–** | *Limited Partnership loss ( Valley Development LLC -* |
| **($19,457.00)** | *ind/active) - Schedule E* |
| **–** | *Real estate rental income/loss - Schedule E* |
| **($88,227.00)** | *Limited Partnersip loss (M. Row Development LLC) - Schedule* |
| **Year before:07 –** | *E* |
| **($44,074.00)** | *(Valley Development LLC)* |
| **–** | *(Konrath & Company)* |
| **($99,272.00)** | *Real estate rental income/loss - Schedule E* |

**– $157,099.00 loss**

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*Year to date:*
*Last Year: 2008 -*
*$128,453.00*
*Year before: 2007 -*
*$257,423.00*

*Capital gains from sales of real estate.*
*Capital gains from sales of real estate*

## 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *First American Bank vs Debtors   08 CH 39534* | *Mortgage Foreclosure (Talman Ave)* | *Chancery Division, Cook County Illinois* | *judgment of foreclosure, pending sale* |
| *GMAC, LLC vs John Konrath 09 M1 5000510* | *Replevin* | *Muni Dept, 1st District, Cook County IL* | *order for replevin & judgment* |
| *Ridgestone Bank vs* | *Mortgage Foreclosure* | *Chancery Division* | *foreclosure sale* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtors 08 CH 30630 | | Cook County Illinois | confirmed on /about 8-17-09 |
| Beverly Bank & Trust Co vs Debtor 08 CH 12915 | Mortgage Foreclosure & other relief, portions transferred to Law Division after sale (Artesian Ave) | Chancery Division, Cook County, IL | foreclosure sale confirmed on/about 11/19/2008; pending in Law Division |
| Deutsche Bank Nat'l Trst Co vs Debtor 09 CH 34950 | Mortgage foreclosure (Hale Ave # 1E) | Chancery Division, Cook County, Il | pending filed 9/23/09 |
| Attorney's Title Insurance Fund vs Debtor  09 L 6369 | Note, contract, unjust enrichment (Hale St., #3E) | Law Division, Cook County, IL | default entered 9/29/09, prove up 10/19/09 |
| Discover Bank vs co-debtor  09 M1 130688 | collection | 1st Municipal District Cook County IL | judgment 5/28/09 |
| Austin Bank vs Quereshi et. al. (Debtor is 3rd Party Defendant 2008 CH 09817 | Suit to foreclose, defense alleges fraud against 3rd party | Chancery Division, Cook County, IL | pending |
| Austin Bank vs Debtor 2008 L 004048 | breach of contract, negligent misrepresentation & fraud | Law Division, Cook County, IL | pendinng |
| National City Bank vs Debtors 09 CH 00004 | Mortgage Foreclosure (Glenroy Ave) | Chancery Division, Cook County, IL | pending |
| Supreme Finance Corporation vs Debtors 09 CH 35734 | Mortgage Foreclosure (Central Ave) | Chancery Division, Cook County, IL | pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Name: GMAC** **Address: P.O. Box 78369, Phoenix, AZ 85062** | *9/2007* | **Description:   Pontiac Montana van** **Value:  unknown** |
| **Name:GMAC** **Address:P.O. Box 78369, Phoenix, AZ 85062** | *9/09* | **Description: Chevrolet Tahoe** **Value:  24,073.96 (e)** |
| **Name:Harris Bank NA** **Address:P.O. Box 6201, Carol Stream, IL 60197** | *9/2008* | **Description:Jeep** **Value: 13,419.41** |

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☒ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Statement of Affairs - Page 4

### 10. Other transfers

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:First American Bank* *Address:* | *Account Type and No.:* *Checking 57500076501* *Final Balance:   negative* | *6/16/09* |
| *Institution:Beverly Bank & Trust* *Address: 10258 S Western, Chgo, IL 60643* | *Account Type and No.:checking 0450006972* *Final Balance: negative* | *3/13/08* |

### 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Konrath & Company* | *ID:36-3776251* | *10420 S Talman Ave., Chicago, IL 60655* | *property appraisals and real estate sales commissions* | *06-05-1991 to currently operating* |
| *M. Row Development LLC* | *ID: 14-1865343* | *same as above* | | *3-02 through end of 2007 or early 2008* |
| *Valley Development LLC* | *ID: 36-0895040* | | *real estate development and management* | |
| | | | *same as above* | *2/02 to currently operating* |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                    DATES SERVICES RENDERED

*Name: Dunleavy & Walsh*                                                                    *Dates: appr 12 years*
*Address: 13116 S Western, Blue Island, IL 60406*

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                                    ADDRESS

*Name: debtor*
*Missing:*

| None ☒ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case. |

## 20. Inventories

| None ☒ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| None ☒ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

## 21. Current Partners, Officers, Directors and Shareholders

| None ☒ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Debra & Steven Worsham* *Address: 10721 S Fairfield, Chicago, IL 60655* | *member Valley Development LLC* | *51%* |
| *Name: Debtor* *Address:* | *Managing Member – Valley Development LLC* | *49%* |

## 22. Former partners, officers, directors and shareholders

| None ☒ | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |

Statement of Affairs - Page 8

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| *Name: John & Kathleen Konrath* <br> *Address:* | *Title:* <br> *Shareholders,* <br> *Officers &* <br> *Directors of* <br> *Konrath & Company* | *still active, but* <br> *not operating* |

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *10/15/2009*     Signature   */s/ John P Konrath* <br> of Debtor

Date   *10/15/2009*     Signature   */s/ Kathleen M Konrath* <br> of Joint Debtor <br> (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *John P Konrath   and Kathleen M Konrath*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.   *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *National City Mortgage* | *10746 S Glenroy, Chicago, IL 60643* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365 (p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:   *10/15/2009*                    Debtor:   */s/ John P Konrath*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *John P Konrath   and Kathleen M Konrath*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt       ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365 (p)(2): |
|---|---|---|
| *None* | | ☐ Yes       ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  _10/15/2009_____       Debtor:  */s/ Kathleen M Konrath* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *John P Konrath  and Kathleen M Konrath*

Case No.
Chapter 7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *First American Bank* | *10420 S Talman, Chicago, IL 60655* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Supreme Finance Corporation* | *10221 Central, Oak Lawn, IL 60453* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

Property No. *3*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *First Community Bank & Trust* | *Parcel 10, County Line Road* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365 (p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *10/15/2009*          Debtor: */s/ John P Konrath*

Date: *10/15/2009*          Joint Debtor: */s/ Kathleen M Konrath*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *John P Konrath*
          *and*
       *Kathleen M Konrath*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Bernard P. Mulvaney Sr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *3,500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____ *3,500.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____ *299.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *10/15/2009*                    Respectfully submitted,

                              X */s/ Bernard P. Mulvaney Sr.* _____
Attorney for Petitioner: *Bernard P. Mulvaney Sr.*
                         *Bernard P. Mulvaney Sr., Ltd.*
                         *7001 West 127th Street #201*
                         *Palos Heights IL  60463*

                         *708-671-2000*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *John P Konrath*
   *and*
   *Kathleen M Konrath*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  **Bernard P. Mulvaney Sr.**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/15/2009*

*/s/ John P Konrath*
Debtor

*/s/ Kathleen M Konrath*
Joint Debtor

Abrar Ahmad Rai
c/o Barry H Greenburg
180 N LaSalle St., Ste 3150

Advocate Christ Hospital
P.O. Box 70508
Chicago, IL  60673-1212

American Collection Systems
P.O. Box 29117
Columbus, OH  43229

Amex
Po Box 297871
Fort Lauderdale, FL  33329

AT & T
P.O. Box 8100
Aurora, IL  60507-8100

Attorneys' Title Ins Fund, Inc
c/o Hinshaw & Culbertson LLP
222 n LaSalle St., Ste 300
Chicago, IL  60601-1081

Austin Bank
c/o Robbins, Soloman & Patt
25 E Washington
Chicago, IL  60602

Baker & Miller
29 N Wacker Dr., 5th Floor
Chicago, IL  60606

Bank Of America
Po Box 17054
Wilmington, DE  19850

Bernard P. Mulvaney Sr.
7001 West 127th Street #201
Palos Heights, IL  60463

Beverly Bank & Trust Co.
10258 S Western Ave
Chicago, IL  60643

Beverly review
10546 S Western
Chicago, IL  60643

Blue Island Radiology
3300 W 127th St
Blue Island, IL  60406

Capital One Bank
P.O. Box 5294
Carol Stream, IL  60197-529

Carson Pirie Scott
P.O. Box 17264
Baltimore, MD  21297-1264

CBCS
P.O. Box 163250
Columbus, OH  43216

Century ENT
c/o United Recovery Svc LLC
18525 Torrence Ave., Ste C-6
Lansing, IL  60438

Certegy Payment Rec. Svcs, Inc
11601 Roosevelt Road
  633716

Chase
Po Box 15298
Wilmington, DE  19850

Chicago Sun-Times
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Union, IL  60180

Christopher Casey
9230 Willow Lane
Mokena, IL  60448

Citi Corp Credit Svcs
c/o McCarthy Burgess & Wolfe
26000 Cannon Road
Bedford, OH  44146

Citi Oil
c/o Pro Consulting Svcs, Inc
P.O. Box 66510
Houston, TX  77266

Citibank SD
Po Box 6241
Sioux Falls, SD  57117

City of Chicago
The Department of Revenue
P.O. Box 88292
Chicago, IL  60680-1292

City of Chicago
The Department of Water
P.O. Box 6330
Chicago, IL  60680-6330

Client Services, Inc
3451 Harry truman Blvd
Saint Charles, MO  63301

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Cook County Treasurer
118 North Clark Street #112
Chicago, IL  60602

Corrigan Company
7214 S Western
Chicago, IL  60636

Crowley & Lamb
350 N LaSalle St., Ste 900
Chicago, IL  60654

Daily Southtown, Inc.
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL  60188

Dan Zeller
11133 Washtenaw
Chicago, IL  60655

Deborah Worsham
c/o Cossidente & Salus
7777 W 159th St., Ste A
Tinley Park, IL  60477

Debra & Steven Worsham
10721 S faifield
Chicago, IL  60655

Deutsche Bank Nat'l Tr Co

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850

Dunleavy & Walsh
13116 S Western
Blue Island, IL  60406

Evergreen Emergercy Med Svcs
c/o MCS Collections
725 S Wells St., Ste 501
Chicago, IL  60607

Exxon-Mobil
P.O. Box 688938
Des Moines, IA  50368-8903

First American Bank
700 Busse Rd
Elk Grove Villag, IL  60007

First Community Bank & Trust
1111 Dixie Highway
Beecher, IL  60401

First Community Bk of Beecher
1111 Dixie Highway
Beecher, IL  60401

Freedman Anselmo Lindberg
1807 W Diehl Rd, Ste 333
Naperville, IL  60566-7228

G M A C
15303 S 94th Ave
Orland Park, IL  60462

Gabriel B Antman
77 W Washington St., Ste 719
Chicago, IL  60602

Gemb/sams Club
Po Box 981400
El Paso, TX  79998

George Keufner MD
62 Orland Square Dr., Ste 102
Orland Park, IL  60462

Gillespie Chrysler
9229 S Ashland
Chicago, IL  60620

Hale Avenue Condo Ass'n
10535 S Hale
Chicago, IL  60643

HARRIS & HARRIS LTD
222 MERCHANDISE MART PLZ
CHICAGO, IL  60654

Harris Bank, NA

Hauselman, Rappin & Olswang
39 S La Salle St., Suite 1105
Chicago, IL  60603

Heavner, Scott, Beyers, Mihlar
111 E Main St., Ste 200
Decatur, IL  62523

Hfc
Po Box 3425
Buffalo, NY  14240

Illinois Dept of Revenue
Bankruptcy Sec, Level 7-425
100 W Randolph St.
Chicago, IL  60606

Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL  60604

James & Patricia Konrath
2620 W 107th
Chicago, IL  60655

Joanne Konrath
10558 S Talman
Chicago, IL  60655

Judith Desutsel
6954 S Komensky
Chicago, IL  60629

John P Konrath
10420 S Talman
Chicago, IL  60655

Kathleen M Konrath
10420 S Talman
Chicago, IL  60655

Lanting & Paarlberg & Assoc
938 W US 30
Schererville, IN  46375

Lebow, Malecki & Tasch LLC
1200 Jorie Blvd., Suite 329
Oak Brook, IL  60523

Lincoln Park Hospital
23352 Network Place
Chicago, IL  60673-1212

Little Co of Mary Hospital
c/o Malcolm S Gerald Assoc
332 S Michigan Ave., Ste 600
Chicago, IL  60604

Macy's dsnb
9111 Duke Blvd
Mason, OH   45040

Marshall's
9615 S Cicero
Oak Lawn, IL  60453

Mary Caffrey
6106 S Keating
Chicago, IL  60629

Matthew Heinze
2106 Buckley Ct
Naperville, IL  60565

Menard's
4701 W Cal Sag
Crestwood, IL  60445

Metro Health Center
500 E Ogden
Hinsdale, IL  60521

Michael R Konrath
10221 S Central Ave #1D
Oak Lawn, IL  60453

Michelle A Feit
10535 S Hale 1E
Chicago, IL  60643

Midland Orthopedic Assoc.
2850 S Wabash, Ste 100
Chicago, IL  60616

Midwest Neoped Assoc
900 Jorie Blvd., Ste 186
Oak Brook, IL  60523

Midwest Suburban Publications
6901 W 159th St
Tinley Park, IL  60477

National City Mortgage
6 N Main St
Dayton, OH  45402

NCO Financial
P.O. Box 15773
Wilmington, DE  19850

NCO-MEDCLR
PO BOX 8547
PHILADELPHIA, PA  19101

Oak Lawn Radiology Imaging Cns
c/o Trustmark Recovery Service
541 Otis Bowen Drive
Munster, IN  46321

Oak Lawn Terrace Cond Assn
10221 S Central
Oak Lawn, IL  60453

Office Max
c/o Certegy Payment Recov Svcs
11601 Roosevelt Blvd
Saint Petersburg, FL  33716

Omni Credit Services/ Florida
P.O. Box 23381
Tampa, FL  33623

Paul J. Reilly
111 W Washington St., Ste 955
Chicago, IL  60602

Peoples Gas

Peoples Energy
130 E. Randolph Drive
Chicago, IL  60601

Phillip J. Rotche & Assoc P.C.
320 S Westmore
Lombard, IL  60148-6408

Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL  60602

Quest Diagnostics Inc.
c/o AMCA Collection Agency
P.O. Box 1235
Elmsford, NY  10523

Radiology Associates, Inc
500 Ala Moana Blvd., T4-Ste510
Honolulu, HI  96822

Radiology Imaging Specialist
P.O. Box 70
Hinsdale, IL  60522

Radiology Imaging Specialists
P.O. Box 70
Hinsdale, IL  60522

Randall &  Kenig
455 N Cityfront Plaza Drive
Suite 2510
Chicago, IL  60611

Randy Curtis
15546 Scott Drive
Lockport, IL  60441

Ray Konrath
5540 S Monitor
Chicago, IL  60638

Reizman Berger
7700 Bonhomme Ave., 7th Floor
Saint Louis, MO  63105

Richard Harris
10558 S Talman
Chicago, IL  60655

Ridge Country Club
10522 S California Ave
Chicago, IL  60655

Ridgestone Bank
13925 W North Ave
Brookfield, WI  53005

Sam's Club
P.O. Box 445
Chaska, MN  55318

Sears/cbsd
Po Box 6189
Sioux Falls, SD  57117

Southtown Paint
3401 W 95th St
Evergreen Park, IL  60805

Southwest Orthopedics
9618 Southwest Highway
Oak Lawn, IL  60453

Southwest Orthopedics
9618 Southwest Highway
Oak Lawn, IL  60453

St Francis Hosp & Med Ctr
P.O. Box 2102
Bedford Park, IL  60499

Sun Times Newspapers
350 N Orleans
Chicago, IL  60654

Sunrise Credit Svcs, Inc
P.O. Box 91000
Farmingdale, NY  11735

Supreme Finance Corporation
2970 Maria Avenue, Suite 117
Northbrook, IL  60062

The Emergency Group, Inc
770 Kapiolani Blve., #705
Honolulu, HI  96813

The Queen's Medical Center
P.O. Boz 380020
Honolulu, HI  96838

Tierra Environmental Services
3821 Independence Blvd
East Chicago, IN  46312

Timothy Enright
10329 S Hoyne
Chicago, IL  60643

TR Communications, Inc.
10546 S Western Ave
Chicago, IL  60643

TRS Recovery Services, Inc.
P.O. Box 173809
Denver, CO  80217

Valley Development LLC
c/o Cossidente & Salus
7777 W 159th St., Ste A
Tinley Park, IL  60477

Walchirk & Haralampopoulos DDS
4235 W 95th
Oak Lawn, IL  60453

Walgreen Co
c/o Credit Management Control
P.O. Box 1654
Green Bay, WI  54305

Washington Mutual Fa
Po Box 1093
Northridge, CA  91328

Wayne Hummer Trust
10258 S western
Chicago, IL  60643

Wayne Hummer Trust Company

Webster Emergency Ph

Webster Emergency Physicians
P.O. Box 8230
Philadelphia, PA  19101

Wells Fargo Finance
4710 W 95th St # St4
Oak Lawn, IL  60453

Will County Treasurer
302 N Chicago St
Joliet, IL  60432

William Holloway
222 N LaSalle St., Ste 300
Chicago, IL  60601-1081